400 A.2d 603

Chapman, Appellant, v. Turner et al.

Petition for Allowance of Appeal Denied Feb. 23, 1979.

Argued December 4, 1978. James C. Hogan, for appellant; Preston W. Moritz, for appellees, John Turner and Mary Turner; Herbert G. Litvin, for appellee, Barry Turner; Robert A. Freedberg, submitted a brief for appellee, Richard Lobb; Alan B. McFall, for appellee, Robert Lobb.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment affirmed.